IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV670

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| LADYBUG FAMILY RESTAURANT, INC., ) | |
| DIONNE NICHELLE GARRIS, a/k/a DIONNE ) | |
| NICHELLE LINDSEY, ) | |
| RETHA KENDALL LINDSAY, a/k/a RETHA ) | |
| KENDALL LINDSEY, ) | |
| CHARMAINE SIMONE LINDSAY, a/k/a ) | |
| CHARMAIN SIMONE LINDSEY, and ) | |
| DEMETRIS KENDALL, ) | |
|     Defendants. ) | |

**THIS MATTER** is before the Court pursuant to the Joint Motion for Final Order of the United States of America and Defendants Ladybug Family Restaurant, Inc. and Retha Kendall Lindsay (the "Parties"). It appears to the Court that the parties to this case have entered a settlement agreement whereby the United States has agreed to voluntarily dismiss without prejudice claims against Dionne Nichelle Lindsay, Charmaine Simone Lindsay and Demetris Kendall upon entry of this order and the remaining Parties, through counsel, have stipulated and agreed to the entry of this order.

**IT IS, THEREFORE, ORDERED** that:

1. The Joint Motion for a Final Order is granted; and

2. The plaintiff shall have and recover jointly and severally from Ladybug Family Restaurant, Inc. and Retha Kendall Lindsay the total amount of sixty-two thousand and zero one-hundredths dollars ($62,000.00) plus interest to accrue from the date of this judgment at the rate of 0.18%.

3. Upon filing of the voluntary dismissal without prejudice of defendants Dionne Nichelle Lindsay, Charmaine Simone Lindsay and Demetris Kendall, the clerk of court shall enter judgment in favor of plaintiff in accordance with this order.

Signed: January 29, 2013

Graham C. Mullen
United States District Judge